## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Shawna Keiser
                              Plaintiff,

v.                                                                Case No.: 1:22−cv−04554
                                                                 Honorable Martha M. Pacold

Amazon.com Services LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 20, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the joint stipulation of voluntary dismissal [18], this case is hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.